IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 99-30842
Summary Calendar

———————————————

LOVELACE J. BROUSSARD,

Plaintiff-Appellant,

versus

KENNETH S. APFEL,
Commissioner of Social Security,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 99-CV-553
--------------------
March 28, 2000

Before HIGGINBOTHAM, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Lovelace Broussard ("Broussard") appeals the district court's decision to dismiss for lack of jurisdiction his complaint seeking judicial review of his most recent application for disability benefits. The district court did not err in concluding that it lacked subject-matter jurisdiction over the complaint. See Califano v. Sanders, 430 U.S. 99, 108 (1977); Hensley v. Califano, 601 F.2d 216, 216 (5th Cir. 1979). It also did not err in concluding that it lacked mandamus jurisdiction

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

over the complaint.  See Green v. Heckler, 742 F.2d 237, 241 (5th Cir. 1984).

AFFIRMED.